JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Priscilla Tomajan,<br><br>               Plaintiff,<br><br>v.<br><br>C.R. Bard, Inc.,<br><br>               Defendant. | Case No. 2:19-cv-02142-GW-SK |

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41 (a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DIMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing the party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 25, 2019

_____
GEORGE H. WU
United States District Judge